MN,ND-305 (5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **BACALZO, LEO**

Chapter 13 Case No  **04-61287**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| CAPITAL ONE<br>PO BOX 85167<br>RICHMOND, VA 23285 | 9 | $1,238.79 | $138.39 |

TOTAL TO CLERK'S FUND                                    $138.39

___February 24, 2010___                    /s/ Kyle L Carlson
DATE                                       TRUSTEE

RECEIVED 10 FEB 25 AM 10:02 U.S. BANKRUPTCY COURT FERGUS FALLS, MN