MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **BACALZO, LEO**

Chapter 13 Case No. **04-61287**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| LEO BACALZO<br>798 CARDINAL DR<br>LIVERMORE, CA 94551 | debtor refund | | $2.00 |

**TOTAL TO CLERK'S FUND**　　　　　　　　　　　　　　　　　　　　　　　　$2.00

**May 20, 2010**　　　　　　　　　　　　　/s/ Kyle L Carlson
DATE　　　　　　　　　　　　　　　　　　TRUSTEE

RECEIVED 10 MAY 27 AM 8: 57 U.S. BANKRUPTCY COURT ST. PAUL, MN